**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| TINA BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-0595-CV-W-GAF |
| | ) |
| ADVANCED CREDIT RECOVERY, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Presently before the Court is Plaintiff Tina Barnes's ("Plaintiff") Motion for Default Judgment filed pursuant to Fed. R. Civ. P. 55(a). (Doc. #4). Plaintiff filed the instant action on August 5, 2009, (Doc. #1) and served Defendant Advanced Credit Recovery, Inc. ("Defendant") on August 11, 2009. (Doc. #3). To date, Defendant has not answered Plaintiff's Complaint nor has it responded to the pending Motion or the Court's Order to Show Cause. Because Defendant has failed to plead or otherwise defend, Plaintiff's Motion is GRANTED. A hearing to determine actual damages, statutory damages, and reasonable attorneys' fees and costs will be held on Wednesday, December 2, 2009, at 10:00 a.m. in Courtroom 8A, United States Courthouse, 400 East 9th Street, Kansas City, Missouri.

**IT IS SO ORDERED.**

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: October 28, 2009